AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

DONALD M. SAVAGE,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:12-cv-00448-RCJ-VPC**

GREG COX, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for failure to state a claim upon which relief can be granted.
    **IT IS FURTHER ORDERED** that an appeal from the dismissal of this action would not be taken in good faith.


   January 16, 2013                              **LANCE S. WILSON**
                                                                     Clerk


                                                                /s/ D. R. Morgan
                                                                 Deputy Clerk